# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
WILLIAM LEE GIBSON SR  
ETTA MAI GIBSON  
514 CONNIE COURT  
SMYRNA, TN  37167

Case No.02-04381-GP3-13  
JUDGE GEORGE C PAINE  
DATE:  January 24, 2008

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

     In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of **$619.75** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **STUDENT LOAN COUNSELING SERVICES** | **% FINHELSTEIN KERN ET AL<br>6440 PAPERMILL ROAD<br>KNOXVILLE, TN  37919** | **$619.75** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 190664  
NASHVILLE, TN  37219-0664  
PHONE:  615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com